DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

ZINN v. WALKER

No. 611P87.

Case below: 87 N.C. App. 325.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 March 1988.


PETITIONS TO REHEAR

ABERNATHY v. CONSOLIDATED FREIGHTWAYS CORP.

No. 369PA87.

Case below: 321 N.C. 236.

Petition by plaintiff denied 9 March 1988.

ASSAAD v. THOMAS

No. 615P87.

Case below: 321 N.C. 471.

Petition by plaintiff dismissed 9 March 1988.